Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
AUG 27 2001
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BOB BAFFERT,

Plaintiff(s),

vs.

CALIFORNIA HORSE RACING BOARD,

Defendant(s).

NO. CV 01-7363 DT (BQRx)

STANDING ORDER WITH REGARD TO NEWLY ASSIGNED CASES

ENTERED ON ICMS
AUG 28 2001
CV

**READ THIS ORDER CAREFULLY. IT CONTROLS THIS CASE.**

This action has been assigned to the calendar of Judge Dickran Tevrizian.

The responsibility for the progress of litigation in the Federal Courts falls not only upon the attorneys in the action, but upon the Court as well. "To secure the just, speedy, and inexpensive determination of every action," Federal Rule of Civil Procedure 1, all counsel are hereby ordered to familiarize themselves with the Federal Rules of Civil Procedure,

6

particularly Federal Rules of Civil Procedure 16, 26, and the Local Rules of the Central District of California.[1]

It is further ordered:

1. **Service of the Complaint**. The Plaintiff(s) shall promptly serve the Complaint in accordance with Fed. R. Civ. P. 4 and file the proofs of service pursuant to Local Rule.

2. **Removed Actions**. Any answers filed in state court must be refiled in this Court as a supplement to the petition. Any pending motions must be re-noticed in accordance with Local Rule.

3. **Presence of Lead Counsel**. The attorney attending any proceeding before this Court, including all status and settlement conferences, must be the lead trial counsel.

4. **Discovery**. All discovery matters have been referred to a United States Magistrate Judge to hear all discovery disputes. (The Magistrate Judge's initials follow the Judge's initials next to the case number.) All documents must include the words

---

[1] Copies of the Local Rules are available on our website at "http:\\www.cacd.uscourts.gov" or they may be purchased from one of the following:

Los Angeles Daily Journal
915 East 1st Street
Los Angeles, California 90012

West Group
610 Opperman Drive
P. O. Box 64526
St. Paul, Minnesota 55164-0526

Metropolitan News
210 South Spring Steet
Los Angeles, California 90012

"DISCOVERY MATTER" in the caption to ensure proper routing. Counsel are directed to contact the Magistrate Judge's Courtroom Deputy Clerk to schedule matters for hearing. Please do not deliver courtesy copies of these papers to this Court.

The decision of the Magistrate Judge shall be final, subject to modification by the District court only where it has been shown that the Magistrate Judge's order is clearly erroneous or contrary to law.

Any party may file and serve a motion for review and reconsideration before this Court. The moving party must file and serve the motion within ten (10) days of service of a written ruling or within ten (10) days of an oral ruling that the Magistrate Judge states will not be followed by a written ruling. The motion must specify which portions of the text are clearly erroneous or contrary to law, and the claim must be supported by points and authorities. Counsel shall deliver a conformed copy of the moving papers and responses to the Magistrate Judge's clerk at the time of filing.

5. **Motions**. All hearing dates must be approved by the Courtroom Deputy Clerk. Motions shall be filed and set for hearing in accordance with Local Rule, except that this Court hears motions on Mondays commencing at 10:00 a.m. If Monday is a national holiday, this Court will hear motions on the succeeding Tuesday. Any opposition or reply papers due on a holiday are due the preceding Friday, not the following Tuesday and must be hand-served or faxed to opposing counsel on that Friday. **Memoranda of Points and Authorities in support of or in opposition to motions shall not exceed 25 pages. Replies shall not exceed 25 pages.**

Only in rare instances and for good cause shown will the Court agree to extend these page limitations. Pursuant to Local Rule, typeface shall not be smaller than pica size, **with no more than ten (10) typed characters per inch**. The Court recommends the "courier" font (12 point).

6. **Proposed Orders**. Each party filing or opposing a motion or seeking the determination of any matter shall serve and lodge a proposed order setting forth the relief or action sought and a brief statement of the rationale for the decision with appropriate citations.

7. **Courtesy Copies**. Counsel shall deliver a conformed (file stamped) courtesy copy of all reply papers in motion matters to the courtesy box located in the Clerk's Office of the Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

8. **Telephonic Hearings**. The Court generally does not permit appearances or arguments by way of telephone conference calls. However, there are exceptions to this requirement providing that counsel notifies the courtroom deputy cl[illegible] advance of the hearing and arrangements are made and confirmed prior to the date set for hearing with the courtroom deputy clerk and the consent of the Court.

9. **Ex Parte Applications**. The Court consid[illegible] ex parte applications on the papers and does not usually [illegible] these matters for hearing. Ex parte applications are solely for e[illegible]ordinary relief and should be used with discretion. See Mission Power Engineering Co. v. Continental Casualty Co., 883 F.Supp. 488 (C.D. Cal. 1995).

Counsel's attention is directed to Local Rule. The moving party shall serve the opposing party by facsimile transmission and shall notify the opposition that opposing papers must be filed not later than twenty-four hours following such facsimile service. If counsel does not intend to oppose an ex parte application, he or she must inform the Courtroom Deputy Clerk at (213) 894-3538. Counsel shall deliver a conformed courtesy copy of moving or opposition papers to the Court's courtesy box as previously set forth. The Courtroom Deputy Clerk will notify counsel of the Court's ruling or a hearing date and time should the Court determine that a hearing is necessary.

10. **Continuances**. Counsel requesting a continuance must lodge a proposed stipulation and order including a detailed declaration of the grounds for the requested continuance or extension of time. See Local Rule. The Court grants continuances only upon a showing of good cause, focusing on the diligence of the party seeking the continuance and any prejudice that may result if the continuance is denied. Failure to comply with the Local Rules and this Order will result in rejection of the request without further notice to the parties. The Court sets firm trial dates and will not change them without a showing of good cause. Proposed stipulations extending scheduling dates do not become effective unless and until this Court so orders. Counsel wishing to know whether a stipulation has been signed shall comply with the applicable Local Rule.

11. **Communications with Chambers**. Counsel shall not attempt to contact the Court or its staff by telephone or by any other ex parte means, although counsel may contact the Courtroom

Deputy Clerk with appropriate inquiries. Counsel should list their facsimile transmission numbers along with their telephone numbers on all papers to facilitate communication with the Courtroom Deputy.

12. **Order Setting Scheduling Conference.** Pursuant to Federal Rule of Civil Procedure 16(b), the Court will issue an Order setting a Scheduling Conference as required by Federal Rule of Civil Procedure 26 and the Local Rules of this Court. Strict compliance with Federal Rules of Civil Procedure 16 and 26 is required.

13. **Notice of this Order.** Counsel for plaintiff or plaintiff (if appearing on his or her own behalf) shall immediately serve this Order on all parties, including any new parties to the action. If this case came to the Court by a Petition for Removal, the removing defendant(s) shall serve this Order on all other parties.

DATED: AUG 27 2001

DICKRAN TEVRIZIAN

DICKRAN TEVRIZIAN
United States District Judge